■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EZEKIEL HALL, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Balbach, J.), rendered October 16, 1977, convicting him of escape in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Thompson, J. P., Lawrence, Rubin, Kunzeman and Sullivan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KYLE HALL, Appellant.—Appeal by the defendant from a judgment of the County Court, Suffolk County (Rohl, J.), rendered October 29, 1985, convicting him of rape in the first degree, and sexual abuse in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Under the circumstances of this case, the County Court did not abuse its discretion in refusing to adjudicate the defendant a youthful offender (see, People v Polansky, 125 AD2d 342). Mollen, P. J., Brown, Weinstein, Eiber and Harwood, JJ., concur.